■ CATHERINE CACCAMO, Respondent, v GARLOCK, INC., et al., Defendants, and OWENS-CORNING FIBERGLAS CORPORATION, Appellant. [625 NYS2d 905] —Order, Supreme Court, New York County (Helen Freedman, J.), entered on or about January 12, 1995, which denied defendant-appellant's motion for summary judgment, unanimously affirmed, without costs.

For the reasons stated in Reid v Georgia-Pacific Corp. (212 AD2d 462) and Salerno v Garlock Inc. (212 AD2d 463), defendant's motion for summary judgment was properly denied. Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Tom, JJ.